UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REED SMITH LLP,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, *et al*.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)          Civil Action No. 21-1701 (CJN) |

## **JOINT STATUS REPORT**

Pursuant to the Court's April 5, 2022 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

On June 24, 2021, Plaintiff Reed Smith LLP ("Plaintiff") commenced this action against Defendants Department of Homeland Security and U.S. Customs and Border Protection ("CBP") (collectively, "Defendants"), seeking to compel the production of documents responsive to its FOIA request. Plaintiff's request seeks "the disclosure of records related to CBP's policies, procedures, directives and training for immigration and/or transportation checks or stops that occur at checkpoints, temporary checkpoints, tactical checkpoints, traffic checkpoints and . . . at non-checkpoint locations as well as city patrols."

CBP represented in the parties' January 31, 2022 Joint Status Report (ECF No. 13) that it completed its search, Plaintiff has requested that CBP prioritize sub-parts 5, 13, and 14 of Plaintiff's FOIA request, and that CBP provided an interim response on January 18, 2022. CBP also represented that it anticipates that it will be able to process no fewer than 500 pages per month,

making releases of the non-exempt material on the 16th of every month until all of the documents located in the search have been processed and all responsive non-exempt material has been released to Plaintiff.

Since the parties' last joint status report, CBP provided its fifth and sixth interim responses on April 20, 2022 and May 16, 2022, respectively.  For its April response, CBP informed Plaintiff that it processed 503 pages of which 503 pages are responsive and CBP released the entire 503 pages to Plaintiff in part.  For its May response, CBP informed Plaintiff that it processed 942 pages of which 108 pages were responsive and released the entire 108 responsive pages to Plaintiff in part.  As described in the April 1, 2022 JSR, CBP has completed a remaining page/document count and has approximately 6,000 number of potentially responsive documents, remaining to process and CBP anticipates the seventh interim response will be sent to Plaintiff on or before July 18, 2022.

Accordingly, the parties respectfully propose that they file another joint status report by August 23, 2022.

Respectfully submitted,

/s/ Daniel Z. Herbst
DANIEL Z. HERBST (D.C. Bar 501161)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005
(202) 414-9200
dherbst@reedsmith.com

Jesse L. Miller (pro hac vice)
Jennifer R. Fearnow (pro hac vice)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 543-8700
jmiller@reedsmith.com
jfearnow@reedsmith.com

*Counsel for Plaintiff*

Dated: June 24, 2022

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ Dedra S. Curteman
          DEDRA S. CURTEMAN
          IL Bar #6279766
          Assistant United States Attorney
          U.S. Attorney's Office, Civil Division
          555 Fourth Street, NW
          Washington, DC 20530
          (202) 252-2550
          Dedra.Curteman@usdoj.gov

*Attorneys for the United States of America*